IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

FREDERICK WILLIAM BAUER,

                                                JUDGMENT IN A CIVIL CASE

    Plaintiff,

                                                    16-cv-259-bbc

v.

DEFENSE ATTORNEY/LAWYERS,
THOMAS SHRINER, KATHERINE
LUNSFORD, CHARLES PELLINO,
FREDERICK G. CELANI,
BRANYON/CLARK, FIRMS & INSURANCE
COMPANIES AND OTHERS,

    Defendants.

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff Frederick William Bauer's motion to proceed <u>in forma pauperis</u> under 28 U.S.C. § 1915 and dismissing this case for plaintiff's failure to state a claim upon which relief may be granted.

| /s/ | 5/6/2016 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |